UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14201-CIV-MAYNARD

CHRISTOPHER ANDERSON,
on behalf of himself and all others
similarly situated,

    Plaintiff,

v.

STS AVIATION GROUP, LLC,

    Defendant.

_____/

## ORDER

    This matter is before me *sua sponte*. To accommodate the continuance of a scheduled oral argument that has been reset at Defendant's unopposed request, I hereby **ORDER** that this case shall be administratively closed, for statistical purposes only, pending my resolution of Defendant's Motion to Dismiss Plaintiff's Complaint, DE 19. This shall not affect the substantive rights of the parties. **All currently scheduled hearings and deadlines, including but not limited to the rescheduled oral argument on Defendant's Motion to Dismiss and the current trial setting, shall remain firmly in place.**

    DONE AND ORDERED in Chambers at Fort Pierce, Florida, this 19th day of March, 2025.

                                                                       SHANIEK MILLS MAYNARD
                                                                       U.S. MAGISTRATE JUDGE