UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14201-CIV-MAYNARD

**CHRISTOPHER ANDERSON, on behalf of himself and all others similarly situated,**

    Plaintiff,

v.

**STS AVIATION GROUP, LLC,**

    Defendant.
_____/

**ORDER CLOSING CASE UPON STIPULATION OF DISMISSAL**

**THIS CAUSE** is before me upon the parties' Stipulation to Voluntarily Dismiss Without Prejudice ("Stipulation"), according to which the parties agree to the dismissal of this action without prejudice, with each party to bear their own fees and costs. DE 73. The Stipulation is signed by counsel for both parties who have appeared in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Being fully advised, the Court **ORDERS AND ADJUDGES** that this case is **DISMISSED WITHOUT PREJUDICE** upon stipulation of the parties. The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of September, 2025.

                                                                                                    _____
                                                                                                    SHANIEK MILLS MAYNARD
                                                                                                    U.S. MAGISTRATE JUDGE